UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. **CV 21-7219-CBM(MRWx)** | Date NOVEMBER 12, 2021 |
| Title Matrix International Textiles, Inc. v. Zoetop Business Co., Ltd. et al | |

Present: The Honorable   CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**   **(IN CHAMBERS)**   **ORDER AND NOTICE TO ALL PARTIES**

In light of the notice of settlement [11], filed November 11, 2021, indicating that the case has settled in its entirety, this action is placed in inactive status.

By ***DECEMBER 13, 2021*** the parties shall file either a proper stipulation and order for dismissal or judgment.  Failure to timely file a stipulation and order for dismissal or judgment shall result in the dismissal of this action.

All pending hearings are now taken off calendar.  The parties shall withdraw any pending motions/request no later than ***DECEMBER 13, 2021***, and failure to withdraw by that date will result in denial of the motions/requests without prejudice.

IT IS SO ORDERED.

cc: all parties

| | | |
|---|---|---|
| CV-90 | **CIVIL MINUTES - GENERAL** | Initials of Deputy Clerk <u>YS</u> |